Donald R. Welch, Esp.  SBN  152814
LAW OFFICES OF DONALD R. WELCH
801 S. Garfield Avenue Suite 212
Alhambra, CA 91801

Tel:     (626) 457-5748          Fax:     (626) 457-5740

Attorney of Defendant, CHING CHENG CHI

**FILED**

JUN 2 0 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S  03-740  EJG |
| Plaintiff, ) ) | **DEFENDANT'S MOTION TO RETURN PASSPORT; ~~[PROPOSED]~~ ORDER** |
| vs. ) ) | |
| CHING CHENG CHI ) ) | |
| Defendants, ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE DESIGNATED ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that defendant, appearing by and through his attorney of record, Donald R. Welch hereby files and serves this motion to return his passport in the above-entitled matter.  Defendant, CHING CHENG CHI was sentenced by this Court on October 08, 2004.

Defendant, CHING CHENG-CHI is currently serving a 1-year sentence in Lompoc Prison Camp and he will be released on or about November 19, 2005.

Ms. Wang respectfully request to have Mr. Chi's Passport so that she can take care of her families financial obligations.

Further, Daniel S. Linhardt of the U. S. Attorney's office has assured our offices that there is no objection to this motion.

Pursuant to the above, defendant CHING CHENG CHI court to have his Passport retured.

Dated: 6-14-05

                                    Respectfully Submitted
                                    Donald R. Welch

                                    Donald R. Welch, Esq.
                                    Attorneys for Defendant
                                    CHING CHENG CHI

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED that defendant, CHING CHENG CHI's Passport be returned.

Dated: 6/17/05                              [signature]
                                               HONORABLE
                                               UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Law Offices of Donald R. Welch and is a person of such age and discretion to the competent to serve papers.

That on June 14, 2005, she served a copy of the attached.

**DEFENDANT'S MOTION TO RETURN PASSPORT: [PROPOSED] ORDER**

By placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place (s) and address (es) stated below, which is/are the last know address (es), and by depositing said envelope and contents in the United State Mail at Alhambra, California.

Addressee(s):
Daniel S. Linhardt
United States Attorney
501 I Street Suite Room No.: 10-100
Sacramento, CA 95814

Honorable Edward J. Garcia
United States District Judge
Colleen Lydon, Judge Clerk
501 I Street Suite Room No. 4-200
Sacramento, CA 95814

Probation Department
501 I Street Suite Room No. 2500
Sacramento, CA 95814
Attn: Terry Wilkins

Celine Do, Secretary

United States District Court
For the
Eastern District of California
May 06, 2004
* * CERTIFICATE OF SERVICE * *

2:03-CR-00470

USA

 V.

Chi

I, the undersigned, hereby certify that I am an employee of the Law Offices of Donald R. Welch.

That on June 14, 2005, I SERVED a true and correct copy (ies) of the attached, by placing said copy (ies) in a postage paid envelope addressed to the person (s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy (ies) into an inter-office delivery receptacle located in the Clerk's office. or, pursuant to prior authorization by counsel, via facsimile.

Donald R. Welch            CL/EJG
Law Offices of Donald R. Welch
801 S. Garfield Avenue, Suite 212
Alhambra, CA 91801

Daniel S. Linhardt
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

Honorable Edward J. Garcia
United States District Judge
Collen Lydon, Judge Clerk

Probation Department
501 I Street Suite 2500
Sacramento, CA 95814
Attn: Terry Wilkins

                Celine Do,  Secretary